**Order entered January 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01255-CR

**TIMOTHY JAMES FRYAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063988**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** the following:

We **ORDER** the Grayson County District Clerk to provide Mr. Dunn with a paper copy of the clerk's record that is redacted to delete the juror questionnaires, as well as the addresses, dates of birth, and social security numbers of individuals other than appellant on all documents on which they appear.

We **ORDER** Janet Kamras, official court reporter of the 15th Judicial District Court, to provide Mr. Dunn with a paper copy of the reporter's record, redacted to delete the addresses, dates of birth, and social security numbers of individuals other than appellant on all documents on which they appear.

We **ORDER** counsel Rick Dunn to send appellant copies of the clerk's and reporter's records, as redacted in accordance with this order, and to provide this Court, within **FORTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **APRIL 15, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable James Fallon, Presiding Judge, 15th Judicial District Court; Janet Kamras, official court reporter, 15th Judicial District Court; Kelly Ashmore, Grayson County District Clerk; Rick Dunn; and the Grayson County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Timothy Fryar, TDCJ No. 01961774, C, Moore Unit,  1700 North F.M. 87, Bonham, Texas 75418.

/s/     ADA BROWN
        JUSTICE